NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACK DONALD ANTONIO, AKA Jack Antonio, AKA Jack Donald Castillo,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>Respondent. | No.    13-71256<br><br>Agency No. A041-326-779<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2021 **

Before:    SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

Jack Donald Antonio, a native and citizen of Belize, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision pretermitting his application for cancellation of

removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review de novo

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

questions of law. *Jauregui-Cardenas v. Barr*, 946 F.3d 1116, 1118 (9th Cir. 2020). We deny the petition for review.

The BIA did not err in concluding that Antonio failed to meet his burden to establish that his conviction under Arizona Revised Statutes ("Ariz. Rev. Stats.") § 13-3405(A)(4) is not an aggravated felony drug trafficking offense that renders him ineligible for cancellation of removal. *See* 8 U.S.C. § 1229b(a)(3); *Pereida v. Wilkinson*, 141 S. Ct. 754, 766 (2021) (an applicant for relief bears the burden of showing eligibility and cannot meet burden with an inconclusive conviction record); *see also Rosas-Castaneda v. Holder*, 655 F.3d 875, 885-86 (9th Cir. 2011) (applying the modified categorial approach to Ariz. Rev. Stats. § 13-3405(A)(4)), *overruled on other grounds by Young v. Holder*, 697 F.3d 976, 979-80 (9th Cir. 2012) (en banc).

We grant the unopposed motion for leave to file a brief of amicus curiae.

The stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**